DAVID A. BOONE - 74165
LEELA V. MENON - 195435
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Fax: (408) 291-6000

ATTORNEYS FOR DEBTORS
Mark Damon & Jessie Guzman Ybarra

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| MARK DAMON YBARRA ) | CASE NO.: 11-61287 SLJ |
| ) | |
| JESSIE GUZMAN YBARRA ) | |
| ) | |
|             Debtors ) | |
| ) | |

**EX PARTE MOTION OF DEBTORS FOR AN ORDER AUTHORIZING THE LATE FILING OF PERSONAL FINANCIAL MANAGEMENT COURSE (FORM 23)**

TO: DEVIN DERHAM-BURK, CHAPTER 13 TRUSTEE AND THE UNITED STATES TRUSTEE:

      PLEASE TAKE NOTICE that Mark Damon & Jessie Guzman Ybarra, (the "Debtors"), by and through their undersigned attorney, file this Motion to authorize them to file the personal financial management course certificate required by 11 U.S.C. §111 after making their last plan payment. The Debtors also seek authorization to file the Declarations (Form 23) after making their last plan payment.

**FACTS**

      The Debtors filed the above case on December 9, 2011. Their Chapter 13 plan was confirmed on February 10, 2012. The Debtors made their last plan payment in on or around October, 27, 2015. The Debtors completed the instructional course concerning personal

1

financial management on April 18, 2015 and filed the Certification Regarding Personal Financial Management with the Court on October 28, 2015.

**RELIEF REQUESTED**

By this Motion, the Debtors seek entry of an order, authorizing the filing of the personal financial course certificates after the last plan payment was made. In addition, the Debtors seek an order authorizing them to file Form 23 "Certification of Completion of Instructional Course Concerning Personal Financial Management" notwithstanding the Debtors having made their final payment to Plan.

WHEREFORE Debtors respectfully request the relief sought be granted.

DATED: November 25, 2015	LAW OFFICES OF DAVID A. BOONE

By: /s/Leela V. Menon
ATTORNEYS FOR DEBTORS

V:\16355\Ex Parte Motion to File PFM Late(s)-11-25-2015.wpd