Entered on Docket
January 26, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
1  DAVID A. BOONE - State Bar No. 74165
   LEELA V. MENON - State Bar No. 195435
2  LAW OFFICES OF DAVID A. BOONE
   1611 The Alameda
3  San Jose, CA 95126
   Telephone: (408) 291-6000
4  Fax: (408) 291-6000

5  ATTORNEYS FOR DEBTORS
   Mark Damon & Jessie Guzman Ybarra
6
```

The following constitutes
the order of the court. Signed January 25, 2016

Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CASE NO. 11-61287 SLJ |
| ) | |
| MARK DAMON YBARRA ) | CHAPTER 13 |
| ) | |
| JESSIE GUZMAN YBARRA ) | |
| ) | |
| Debtors ) | |
| _____ ) | |

**ORDER AUTHORIZING THE LATE FILING OF PERSONAL FINANCIAL MANAGEMENT COURSE CERTIFICATES AND FILING OF FORM 23**

**UPON CONSIDERATION** of the Debtors' Motion for an Order Authorizing The Late Filing of Personal Financial Management Course Certificate and Filing Of Form 23, and the Court being satisfied that good and sufficient cause exists for granting Debtor such and extension of time.

**IT IS, HEREBY ORDERED** that the Debtors is authorized to file the personal financial Management course Certificate after their last plan payment was made. In addition, the Debtors is authorized to file Form 23 "Certification of Completion of Instructional Course Concerning Personal Financial Management" after they made their final plan payment.

*** END OF ORDER ***

COURT SERVICE LIST